# ELECTRONIC RECORD

COA # 05-14-00973-CR        OFFENSE: 21.1

STYLE:   Isidro Reyna v. The State of Texas    COUNTY:  Dallas

COA DISPOSITION:     AFFIRM        TRIAL COURT: 204th Judicial District Court

DATE: 08/10/15              Publish: NO   TC CASE #:    F-1162933-Q

# IN THE COURT OF CRIMINAL APPEALS

STYLE:    Isidro Reyna v. The State of Texas        CCA #:    1282-15

_APPELLANT'S_ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE:    _____

_REFUSED_        JUDGE:    _____

DATE: _11/18/2015_        SIGNED: _____        PC: _____

JUDGE: _Per Curiam_        PUBLISH: _____        DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD